IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| H BAR N, INC., a Montana Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WRT II, INC., d/b/a/ WILDLIFE RECAPTURE TAXIDERMY, a Montana Corporation; MILFERD K. SIEFKE and ANN M. SIEFKE, and DICK'S SPORTING GOODS, INC., and Corporate Does 1-5,<br><br>Defendants. | CV 17–46–M–DWM<br><br>ORDER<br><br>FILED<br>JUL 20 2017<br>Clerk, U S District Court<br>District Of Montana<br>Missoula |

The parties have filed a stipulation of dismissal by which they agree to the dismissal of any claims against Defendant Dick's Sporting Goods, Inc., and to the dismissal with prejudice of Dick's as a party to this action. (Doc. 15.) Accordingly,

IT IS ORDERED that, pursuant to the parties' stipulation, the claims in this matter against Dick's are DISMISSED. Dick's is DISMISSED WITH PREJUDICE. Fed. R. Civ. P. 41(a)(1)(ii).

IT IS FURTHER ORDERED that, no independent federal subject matter jurisdiction remaining, and declining to exercise supplemental jurisdiction, this

matter is DISMISSED WITHOUT PREJUDICE. 28 U.S.C. § 1367(c)(3). All pending motions, including the parties' remaining stipulations, are MOOT and all deadlines are VACATED. *See* 11 U.S.C. § 362(a) The Preliminary Pretrial Conference set for July 26, 2017, is VACATED. The Clerk of Court is directed to enter judgment of dismissal and close the case file.

DATED this 20th day of July, 2017.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT