IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| H BAR N, INC., a Montana Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WRT II, INC., s/b/a WILDLIFE RECAPTURE TAXIMDERMY, a Montana Corporation; MILFERD K. SIEFKE and ANN M. SIEFKE, and DICK'S SPORTING GOODS, INC., and Corporate Does 1-5,<br><br>Defendants. | CV 17-46-M-DWM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u> X </u>   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to this Court's Order dated July 20, 2017, (Doc. 20), and this case is dismissed without prejudice.

Dated this 20th day of July, 2017.

TYLER P. GILMAN, CLERK

By: <u>/s/ Nicole Stephens</u>
Nicole Stephens, Deputy Clerk